IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01033-MSK-BNB

MERRI OPPEDAL, an individual,

Plaintiff,

v.

CORPORATION EXPRESS US INC., a Colorado corporation,
THOMAS CULLEN, an individual, and
LINDA MCCONNON, an individual,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the Scheduling Conference set for August 15, 2008, is **vacated
and reset to August 22, 2008, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A.
Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed
Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due
on or before **August 15, 2008**. Please remember that anyone seeking entry into the Alfred A.
Arraj United States Courthouse will be required to show a valid photo identification. See
D.C.COLO.LCivR 83.2B.


DATED: July 28, 2008