IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01033-MSK-BNB

MERRI OPPEDAL, an individual,

Plaintiff,

v.

CORPORATION EXPRESS US INC., a Colorado corporation,
THOMAS CULLEN, an individual, and
LINDA MCCONNON, an individual,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Notice of Settlement in Principle and Unopposed Motion to Vacate Settlement Conference** [docket no. 15, filed September 16, 2008] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for September 17, 2008, is **VACATED**.

　　IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **October 1, 2008**, or a status report addressing why dismissal has not been accomplished.


DATED: September 17, 2008